RECEIVED
DEC - 2 2010
TONY R. MOORE, CLERK
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| AARON M. VANCE | CIVIL ACTION NO. 10-394-P |
| VERSUS | JUDGE STAGG |
| STATE OF LOUISIANA | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 2nd day of December 2010.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE